**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

**CIVIL ACTION NO. 08-130-DLB**

**KAREN SMITH, et al**                                                                         **PLAINTIFFS**

**vs.**                                              **ORDER**

**BERJE INC., et al**                                                                          **DEFENDANTS**

*** *** *** ***

The Court having entered an Order dismissing Defendant Citrus & Allied Essences, Ltd. with prejudice and dismissing the entire matter with prejudice, and the Clerk notifying the undersigned that Defendants Chemtura Corporation and Chemtura Canada, Company have not been terminated from the case, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that:

1.   Plaintiffs' claims against Defendants Chemtura Canada, Company and Chemtura, Corporation are hereby **dismissed with prejudice** pursuant to Plaintiffs' Notice of Dismissal (Doc. # 217) and Federal Rule of Civil Procedure 41(a)(2); and

2.   All claims between all parties having been finally adjudicated, this case is hereby **stricken** from the Court's active docket.

This 5th day of January, 2012.



Signed By:
*David L. Bunning*
**United States District Judge**